

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00416-CV

**IN THE INTEREST OF C.C.E.**, Jr., A Child,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00379
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On December 22, 2020, appellant filed an unopposed motion requesting permission to amend her brief that she filed on November 13, 2020. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file her amended brief **by December 31, 2020**. Appellee's brief is due thirty days after appellant's amended brief is filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court